## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-81038-DMM

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Palm House Hotel, LLLP; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **160 Royal Palm, LLC, Registered Agent: Leslie R. Evans, Esq., 214 Brazilian Ave., #200, Palm Beach, FL 33480**.

I, Michael Meyer, do hereby affirm that on the **6th day of August, 2018** at **4:30 pm**, I:

Served Summons in a Civil Action; Complaint; Notice of Judge Assignment personally to Jason Evans as authorized recipient for registered agent of 160 Royal Palm, LLC. Service occurred at 214 Brazilian Ave., #200, Palm Beach, FL 33480.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

**Michael Meyer**
Process Server

Cavalier Courier & Process Service
823-C South King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2018005862
Ref: MIRO-61077

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

