## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-81038-DMM

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Palm House Hotel, LLLP; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **South Atlantic Regional Center, LLC, Registered Agent: Registered Agents, Inc., 3030 N. Rocky Point Dr., Suite 150 A, Tampa, FL 33607.**

I, Don Austin, do hereby affirm that on the **7th day of August, 2018** at **12:00 pm**, I:

Served Summons in a Civil Action; Complaint; Notice of Judge Assignment personally to Laurie Hart as authorized recipient for registered agent of South Atlantic Regional Center, LLC. Service occurred at Registered Agent: Registered Agents, Inc., 3030 N. Rocky Point Dr., Suite 150 A, Tampa, FL 33607.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.



**Don Austin**
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2018005858
Ref: MIRO-61077

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p