UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81038-Civ-Middlebrooks/Brannon

SECURITY AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PALM HOUSE HOTEL, LLLP, *et al.*,

    Defendants.

_____/

### **ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS**

THIS CAUSE is before the Court for the purpose of scheduling pre-trial dates. Several Defendants in this case are currently proceeding pro se. So that these Defendants, and any other parties who may appear pro se, be advised of essential requirements concerning this case, the Court ORDERS as follows:

1. Any litigant appearing pro se is responsible for keeping the Court advised of his or her current address at all times. If a pro se litigant's address changes and no change of address is promptly filed with the Clerk of Court, <u>this case may be dismissed for lack of prosecution.</u>

2. Plaintiff shall serve upon Defendants, and Defendants upon Plaintiff, or, if appearance by counsel has been entered, upon their respective counsels, copies of all further pleadings or documents submitted for the Court's consideration. All pleadings must include the case number at the top of the first page. Pro se litigants

1

shall send the original of every pleading or document to the Clerk of this Court. Each submission shall include:

(a)   a copy of the pleading or document, and

(b)   a certificate of service stating the date a true copy of the pleading or document was sent to the opposing parties or counsel for such parties. No original pleading or document shall be sent directly to a Judge of this Court.

The Court will disregard any paper submitted directly to a Judge rather than to the Clerk of Court.

3. Pro se litigants have no counsel to assist in the discovery process. Attention is thus directed to Federal Rule of Civil Procedure 26(a), which lists the various forms of discovery available in civil cases. Pro se litigants are instructed that the Court will permit reasonable, relevant discovery by the methods described in the Federal Rules of Civil Procedure. Pro se litigants are responsible for actively pursuing this case, obtaining essential discovery, filing all necessary pleadings and motions, and otherwise complying with all scheduling orders and preparing the case for trial.

4. Pro se litigants are reminded that they cannot represent a corporation under Florida or federal law. *Commercial and Railroad Bank of Vicksburg v. Slocomb*, 39 U.S. 60 (1840); *Palazzo v. Gulf Oil Corporation*, 764 F.2d 1381 (11th Cir. 1985); *Szteinbaum v. Kaes Inversiones*, 476 So.2d 247, (3d DCA 1985).

5. Pro se litigants, like all other litigants, must adhere to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 27th day of September, 2018.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE