UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-81038-DMM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PALM HOUSE HOTEL LLLP,
SOUTH ATLANTIC REGIONAL CENTER, LLC,
JOSEPH J. WALSH, SR., and
ROBERT MATTHEWS,

    Defendants,

160 ROYAL PALM, LLC and
UNITED STATES REGIONAL
ECONOMIC DEVELOPMENT AUTHORITY LLC
D/B/A EB5 PETITION,

    Relief Defendants.
_____/

## ANSWER

1. DENIED

2. DENIED

3. DENIED

4. DENIED

5. DENIED

6. NOT KNOWN

7. NOT KNOWN

8. DENIED

9. DENIED

10. DENIED

11. NOT KNOWN

12. NOT KNOWN

13. DENIED

14. DENIED

15. NOT KNOWN

16. NOT KNOWN

17. NOT KNOWN

18. DENIED

19. NOT KNOWN

20. NOT KNOWN

21. NOT KNOWN

22. NOT KNOWN

23. NOT KNOWN

24. DENIED

25. DENIED

26. DENIED

27. DENIED

28. DENIED

29. DENIED

30. NOT KNOWN

31. NOT KNOWN

32. NOT KNOWN

33. NOT KNOWN

34. DENIED

35. DENIED

36. NOT KNOWN

37. DENIED

38. NOT KNOWN

39. NOT KNOWN

40. DENIED

41. DENIED

42. NOT KNOWN

43. DENIED

44. DENIED

45. DENIED

46. DENIED

47. DENIED

48. DENIED

49. DENIED

50. DENIED

51. DENIED

52. DENIED

53. DENIED

54. DENIED

55. DENIED

56. NOT KNOWN

57. NOT KNOWN

58. DENIED

59. DENIED

60. DENIED

61. DENIED

62. DENIED

63. DENIED

64. DENIED

65. DENIED

66. DENIED

67. DENIED

68. DENIED

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, I filed the foregoing document with the Clerk of the Court by hand. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, via U.S. Mail.

By: _____
Robert Matthews

# SERVICE LIST

**Securities and Exchange Commission v. Palm House Hotel, LLLP, et al.**
**United States District Court, Southern District of Florida**
**Case No. 9:18-cv-81038-DMM**

**U.S. Mail List**

- **Alejandro O. Soto**
  Securities and Exchange Commission
  801 Brickell Avenue, Suite 1800
  Miami, Floria 33131
  sotoal@sec.gov

- **Philip J. Landau**
  Shraiberg, Landau & Page, P.A.
  2385 NW Executive Center Drive, #300
  Boca Raton, FL 33431
  plandau@slp.law