UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-81038-DMM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

Palm House Hotel, LLLP, *et al.*,

    Defendants and Relief Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO MODIFY THE EXISTING TRIAL DATE

Plaintiff, Securities and Exchange Commission (the "Commission"), files this Unopposed Motion to Modify the Existing Trial Date, which is currently set for the two-week trial calendar beginning April 29, 2019 at 9:00 a.m., and states:

1. The Commission filed a Complaint on August 3, 2018 [D.E. 1].

2. The Complaint alleges multiple violations of the federal securities laws by multiple Defendants and Defendant entities. [*Id.*]. This is a complex case requiring over ten (10) days of trial that should be assigned to the complex track in which discovery shall be completed within 270 to 365 days from the date of the Scheduling Order, which has not yet issued.

3. The only party to file an Answer to the Commission's Complaint is Robert Matthews, whose Answer was filed today. Mr. Matthews, who is currently unrepresented, does not oppose this Motion.

WHEREFORE, the Commission, respectfully requests the Court to modify the trial setting to allow for discovery in accordance with Local Rule 16.1(a)(2)(C).

Dated: October 3, 2018                      Respectfully submitted,

By: s/*Alejandro Soto*
Alejandro Soto
Senior Trial Counsel
Florida Bar No. 172847
Direct Dial: (305) 982-6313
E-mail: SotoAL@sec.gov

Jeffrey T. Cook Senior Counsel
Florida Bar No. 647578
Direct Dial: (305) 982-6344
E-mail: cookje@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/*Alejandro O. Soto*
Alejandro O. Soto