UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-81038-Middlebrooks-Brannon

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**Palm House Hotel, LLLP,** *et al.*,

    Defendants and Relief Defendants.

_____/

[Proposed] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT DISCOVERY PLAN

Before the Court is Plaintiff, Securities and Exchange Commission's Unopposed Motion to Extend Deadline to Submit Discovery Plan. Having considered the Motion, which is unopposed, and the record, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**. Plaintiff and Defendant Robert V. Matthews will file a proposed Discovery Plan on or before October 31, 2018.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this ____ day of October 2018.

                                                             _____  
                                                              **DONALD M. MIDDLEBROOKS**  
                                                              **UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel/Parties of record