# EXHIBIT J

# Soto, Alejandro

**From:** Soto, Alejandro
**Sent:** Tuesday, October 16, 2018 8:55 AM
**To:** 'JJWSR'
**Cc:** Landau, Lalaine
**Subject:** RE: 9:18-cv-81038-xxxx | Palm House Hotel LLLP, South Atlantic Regional Center, LLC, Joseph Walsh Sr., United States Economic Development Authority LLC D/B/A EB5 Petition

Mr. Walsh,

You indicated that you would consult with an attorney regarding the waiver of service I sent you nearly two months ago, on August 27. I have not heard from you since then.

I have already provided you with a copy of the Complaint and two copies of your summons via electronic mail once before, and you obviously received it, as you stated in your motion with the court. Would you accept service via electronic mail? If not, please provide your current address so that we may effect service at once.

Regards,
Alex Soto



Alejandro O. Soto
Senior Trial Attorney
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6313 (direct) / (305) 536-4154 (fax)

---

**From:** Soto, Alejandro
**Sent:** Monday, August 27, 2018 4:54 PM
**To:** 'JJWSR'
**Cc:** Landau, Lalaine
**Subject:** RE: 9:18-cv-81038-xxxx | Palm House Hotel LLLP, South Atlantic Regional Center, LLC, Joseph Walsh Sr., United States Economic Development Authority LLC D/B/A EB5 Petition

Mr. Walsh,

Thank you for your e-mail and letter confirming receipt of the summonses for yourself and Palm House Hotel LLLP ("PHH"), South Atlantic Regional Center, LLC ("SARC"), and United States Regional Economic Development Authority LLC D/B/A EB5 Petition ("USREDA") (collectively, the "Entity Defendants"). As you have acknowledged, the case has commended and requires your prompt attention. I have no objection to your request for an additional 60 days to answer the complaint, but you'll need to ask the court for the extension of time. You can identify your request as unopposed, but I don't have authority to grant that extension.

I am also attaching a copy of the summons for you, along with a waiver of service. Please review the attached pdf entitled Notice of Lawsuit - Walsh. I have also attached Rule 4 of the Federal Rules of Civil Procedure, which governs this

issue. The Notice and Rule explain that you can waive service via summons by filling out the lower right-hand column of the attached waiver form and signing it. (I have attached two copies.) If you waive service, you get 90 days to answer the complaint after the request was sent, which is today's date, August 27, 2018. I have also attached a prepaid UPS label for you to use to return the signed waiver. (You can also scan and email the signed waiver to me, but I will need the original.) You have 60 days to return the waiver. If you choose not to sign the waiver and require us to serve you, please review the consequences of such failure in the attached Notice of Lawsuit and Rule 4, which, among other things, would require you to answer the complaint in 21 days, as opposed to 90.

In either case, please let me know whether you plan to pursue a request for additional time for the Entity Defendants to respond, and whether you plan to make that request of the court, so that I can properly calendar the response dates.

Best,
Alex



Alejandro O. Soto
Senior Trial Attorney
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6313 (direct) / (305) 536-4154 (fax)

---

**From:** JJWSR [mailto:joedirect@gmail.com]
**Sent:** Thursday, August 23, 2018 6:27 PM
**To:** Soto, Alejandro
**Subject:** RE: 9:18-cv-81038-xxxx | Palm House Hotel LLLP, South Atlantic Regional Center, LLC, Joseph Walsh Sr., United States Economic Development Authority LLC D/B/A EB5 Petition

Alejandro 0. Soto
Senior Trial Counsel

Email: sotoal@sec.gov
SECURITIES AND EXCHANGE COMMISSION

801 Brickell Avenue, Suite1800

Miami, Florida 33131

August 22, 2018

RE: 9:18-cv-81038-xxxx | Palm House Hotel LLLP, South Atlantic Regional Center, LLC, Joseph Walsh Sr., United States Economic Development Authority LLC D/B/A EB5 Petition

Dear Mr. Soto,

I am sending this email to express my intent to contest the above referenced complaint.

I am presently out of the country on family matters, since my son and daughter-in-law had their second child, who was born premature and was in the ICU, recently released.

I am requesting an extension for 60 days while I secure an attorney to respond to this case for myself and the specific entities aforementioned above in the reference line.

I did not receive direct notice of this case from the registered agent until August 17th. My request is that you please inform the Judge of my desire.

Sincerely,

Joseph J. Walsh, Sr.

Sent VIA EMAIL | Please see signed document attached

3