IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

Case No.: 9:18-cv-81038-DMM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiffs

v.

PALM HOUSE HOTEL, LLLP,
SOUTH ATLANTIC REGIONAL CENTER, LLC,
JOSEPH J. WALSH, SR., and
ROBERT V. MATTHEWS,

        Defendants, and

160 ROYAL PALM, LLC and
UNITED STATES REGIONAL ECONOMIC
DEVELOPMENT AUTHORITY LLC
D/B/A/ EB5 PETITION,

        Relief Defendants
_____/

## ANSWER

In response to the allegations contained in Plaintiff Securities and Exchange Commission's ("Plaintiff" or "SEC") Complaint, Defendant Joseph J. Walsh, Sr. ("Defendant") states as follows:

    1.    Paragraph 1 of the Complaint consists of a statement, argument, or conclusion of law to which no admission or denial is required. To the extent a response is required, Defendants expressly deny that Plaintiff is entitled to the relief requested.

    2.    Defendant denies the allegations contained in Paragraph 2.

3. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 3.

4. Defendant denies the allegations contained in Paragraph 4.

5. Defendant denies the allegations contained in Paragraph 5.

6. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 6.

7. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7.

8. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 8.

9. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 9.

10. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 10.

11. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 11.

12. Paragraph 12 of the Complaint consists of a statement, argument, or conclusion of law to which no admission or denial is required.

13. Paragraph 13 of the Complaint consists of a statement, argument, or conclusion of law to which no admission or denial is required.

14. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 14.

15. Paragraph 15 of the Complaint consists of a statement, argument, or conclusion of law to which no admission or denial is required.

16. Paragraph 16 of the Complaint consists of a statement, argument, or conclusion of law to which no admission or denial is required.

17. Paragraph 17 of the Complaint consists of a statement, argument, or conclusion of law to which no admission or denial is required.

18. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 18.

19. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 19.

20. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 20.

21. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 21.

22. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 22.

23. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in in Paragraph 23.

24. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 24.

25. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 25.

26. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 26.

27. Defendant denies the allegations contained in Paragraph 27.

28. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 28.

29. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 29.

30. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 30.

31. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 31.

32. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 32.

33. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33.

34. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 34.

35. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 35.

36. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 36.

37. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 37.

38. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 38.

39. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 39.

40. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 40.

41. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 41.

42. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 42.

43. Defendant denies the allegations contained in Paragraph 43.

44. Defendant denies the allegations contained in Paragraph 44.

45. Defendant denies the allegations contained in Paragraph 45.

46. Defendant denies the allegations contained in Paragraph 46.

47. Defendant denies the allegations contained in Paragraph 47.

48. Defendant denies the allegations contained in Paragraph 48.

49. Defendant denies the allegations contained in Paragraph 49.

50. Defendant denies the allegations contained in Paragraph 50.

51. Defendant denies the allegations contained in Paragraph 51.

52. Defendant denies the allegations contained in Paragraph 52.

53. Defendant denies the allegations contained in Paragraph 53.

54. Defendant denies the allegations contained in Paragraph 54.

55. Defendant denies the allegations contained in Paragraph 55.

56. Defendant denies the allegations contained in Paragraph 56.

57. Defendant denies the allegations contained in Paragraph 57.

58. Defendant denies the allegations contained in Paragraph 58.

59. Defendant denies the allegations contained in Paragraph 59.

60. Defendant denies the allegations contained in Paragraph 60.

61. Defendant denies the allegations contained in Paragraph 61.

62. Defendant denies the allegations contained in Paragraph 63.

63. Defendant denies the allegations contained in Paragraph 63.

64. Defendant denies the allegations contained in Paragraph 64.

65. Defendant denies the allegations contained in Paragraph 65.

66. Defendants deny the allegations contained in Paragraph 66.

67. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 67.

68. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 68.

## AFFIRMATIVE AND OTHER DEFENSES

Defendants assert the following Affirmative Defenses.

## FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

In the event and to the extent that Plaintiff has failed to mitigate some or all of its alleged damages, and such proven damages should be reduced or barred.

## **REQUEST FOR RELIEF**

WHEREFORE, Defendants request this Honorable Court:

    A. Dismissing Plaintiff's Complaint;

    B. Such other and further relief this Court deems just and proper.

Dated: December 14, 2018


   */s/ Galen Criscione*
Galen J. Criscione, Esq.
Criscione Ravala, LLP
*Attorneys for Defendant*
110 E. Broward Blvd., Suite 1700
Ft. Lauderdale, FL  33301
Tel: (954) 400-4944
gcriscione@lawcrt.com