## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81258-CV-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiffs,

v.

PALM HOUSE HOTEL, LLLP, *et al.*,

      Defendant.

_____/

## ORDER GRANTING MOTION TO MODIFY TRIAL DATE

THIS CAUSE comes before the Court on Plaintiff Securities and Exchange Commission's ("SEC") Unopposed Motion to Modify the Existing Trial Date, filed October 31, 2018 (DE 35) and Defendant Joseph J. Walsh, Sr.'s ("Defendant Walsh") Motion to Modify the Existing Trial Date, filed December 26, 2018 (DE 45). For the reasons set forth below, the Parties' motions are granted.

This is a civil enforcement action brought by the SEC against Defendant Walsh and several other Defendants for violation of the antifraud provisions of federal securities laws. Defendant Walsh is alleged to have defrauded investors participating in the Immigrant Investor Program administered by the United States Citizenship and Immigration Services, which permits foreign nationals to qualify for permanent United States residency through investment in job-creating enterprises. (DE 1 ¶¶ 1–2).

Trial is currently scheduled for April 29, 2019, and Calendar Call is currently scheduled for April 24, 2019. (DE 18). The SEC filed its Complaint on August 3, 2018, but as a result of difficulties in serving Defendant Walsh,[1] the SEC did not effectuate service of process upon Defendant Walsh until November 8, 2018. (DE 38). Defendant, stating that he needed to retain

---

[1] On November 9, 2018, this Court issued an Order Granting Plaintiff's Motion for Approval of Alternative Methods of Service, extending the 90 day service deadline set forth in Fed. R. Civ. P. 4(m) and permitting the SEC to serve Defendant Walsh by his counsel in another matter and by email. (DE 36).

counsel, sought and received an extension of time to respond to the Complaint.  (DE 39; DE 41).
Defendant Walsh filed his Answer on December 14, 2018.  (DE 44).

In addition to these delays, the SEC seeks modification of the trial date due to the
complexity of this case and the expected burdens of discovery.  The SEC alleges that eighty-eight
foreign investors were defrauded through a scheme involving multiple false and misleading
representations.  (DE 35 at ¶ 5).  With respect to the volume of the evidence, the SEC's Rule
26(a)(1)(A) initial disclosures list forty individuals with knowledge and an initial document
production of approximately 278,000 pages.  (DE 35 at ¶ 8).  The SEC expects discovery to be
complicated by the fact that many of the Parties and relevant nonparties live outside of the United
States and the fact that several of the allegedly defrauded investors filed a parallel civil action
against Defendant Walsh and several other Defendants in this matter.  (*See* DE 9; Case No. 9:16-cv-
81871).

The Scheduling Order may be modified only "upon a showing of good cause." Fed. R. Civ.
P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot 'be met
despite the diligence of the party seeking the extension.'" *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417,
1418 (11th Cir. 1998) (citing Fed. R. Civ. P. 16 advisory committee's note).  In consideration of the
Parties' Motions and the record as a whole, it appears that this case cannot be ready for trial by
April 29, 2019.  In order to permit the full adjudication of the SEC's claims, I find that the
circumstances constitute good cause to continue the trial and extend all pretrial deadlines in this
matter. All Parties are advised against delay in conducting further discovery and cautioned that the
Court is not inclined to continue the trial for a second time absent a compelling showing of good
cause.

For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** that

(1) Plaintiff Securities and Exchange Commission's Unopposed Motion to Modify the
    Existing Trial Date (DE 35) is **GRANTED**.

(2) Defendant Joseph J. Walsh, Sr.'s Motion to Modify the Existing Trial Date (DE 45) is **GRANTED**.

(3) The Calendar Call previously scheduled for April 24, 2019 (DE 18) is **RESCHEDULED** for December 4, 2019 at 1:15 PM. The trial previously scheduled for April 29, 2018 (DE 18) is **RESCHEDULED** for December 9, 2019 at 9:00 AM.

(4) <u>Amended Pretrial Schedule</u>: The deadlines set forth in the October 3, 2018 Pretrial Scheduling Order (DE 26) are **RESCHEDULED** as follows. This order amends the operative dates only, and the Parties are advised that they must consult the prior scheduling orders for additional instructions.

| | |
|---|---|
| March 8, 2019 | Joinder of Additional Parties and Amend Pleadings. |
| June 14, 2019 | Plaintiff's expert disclosure. |
| July 12, 2019 | Defendants' expert disclosure. |
| July 26, 2019 | Witness list disclosure. |
| August 16, 2019 | All discovery shall be completed. |
| September 20, 2019 | All Pretrial Motions, including summary judgment motions and *Daubert* motions, and motions in limine shall be filed. |
| November 1, 2019 | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. |
| November 25, 2019 | Objections to designations of deposition testimony shall be filed. |
| December 2, 2019 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ____ day of January, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record