UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-81038-DMM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

Palm House Hotel, LLLP, *et al.*,

    Defendants and Relief Defendants.
_____/

### PLAINTIFF'S NOTICE OF NON-OBJECTION TO ROBERT MATTHEWS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Plaintiff Securities and Exchange Commission (the "Commission") files this Notice of Non-objection to Defendant Robert Matthews' Motion for Extension of Time to Respond to Discovery Requests. As Matthews stated in his Motion, the Commission's First Request for Production and First Requests for Admission were served on May 14, 2019, and his responses were due yesterday. Matthews did not serve responses, but instead left a voicemail message and sent the undersigned an email yesterday at 2:25 p.m., requesting, for the first time, an extension of the deadline. The undersigned was unavailable yesterday and first noticed Matthews' message and e-mail after the close of business, but nevertheless has no objection to his request for a one week extension of the deadline, through June 20, 2019.

Dated: June 14, 2019                        Respectfully submitted,

                                     By:   *Alejandro O. Soto*
                                            Alejandro O. Soto
                                            Senior Trial Counsel
                                            Florida Bar No. 172847
                                            Direct Dial: (305) 982-6313
                                            Email: sotoal@sec.gov

Jordan A. Cortez
Counsel
Special Bar No. A5502524
Direct Dial: (305) 982-6355
Email: cortezjo@sec.gov

**ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154