UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-81038-DMM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PALM HOUSE HOTEL, LLLP, *et al.*,

    Defendants and Relief Defendants.
_____/

## ORDER ON UNOPPOSED MOTION FOR JUDGMENT

THIS CAUSE is before the Court on Plaintiff Securities and Exchange Commission's Unopposed Motion for Entry of Consent Judgment Against Defendant Robert V. Matthews. (DE 54). Defendant Matthews consents to the entry of final judgment against him in this matter. (*See* DE 54-1, Matthews' Consent to the Final Judgment; DE 54-2, Proposed Final Judgment).

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion (DE 54) is **GRANTED.**

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of September, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record