**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:18-cv-81038-DMM**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

**PALM HOUSE HOTEL, LLLP,** *et al.*,

      **Defendants and Relief Defendants.**
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT**
**AGAINST RELIEF DEFENDANT 160 ROYAL PALM, LLC**

Plaintiff, Securities and Exchange Commission moves unopposed for entry of the Final Judgment against Relief Defendant, 160 Royal Palm, LLC ("Relief Defendant").

By the attached sworn Consent, (Exhibit A), Relief Defendant has consented, without admitting or denying the allegations of the Complaint except as noted within the Consent, to entry of the attached Final Judgment (Exhibit B) against it.

Relief Defendant previously moved the Bankruptcy Court in Relief Defendant's current Chapter 11 bankruptcy proceeding in *In re: 160 Royal Palm, LLC*, Case No. 18-19441-EPK (Bankr. S.D. Fla.) for approval to enter into this Consent and requests that this Court enter the corresponding Final Judgment. The Bankruptcy Court has granted the Relief Defendant's motion and issued the attached written order (Exhibit C).

Entry of the proposed Final Judgment will resolve all of the Commission's claims against 160 Royal Palm, LLC only.

Accordingly, the Commission requests entry of the attached proposed Final Judgment.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Commission has conferred with counsel for the Relief Defendant who has indicated he does not oppose the relief sought in this motion.

Dated: November 19, 2019          Respectfully submitted,

          By:    *Jordan A. Cortez*
                 Counsel
                 Special Bar No. A5502524
                 Direct Dial: (305) 982-6355
                 E-mail: cortezjo@sec.gov

                 **ATTORNEY FOR PLAINTIFF**
                 **SECURITIES AND EXCHANGE COMMISSION**
                 801 Brickell Avenue, Suite 1800
                 Miami, Florida 33131
                 Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the document was served on the parties indicated on the service list below via methods indicated therein.

*Jordan A. Cortez*

## SERVICE LIST

Via E-mail: joedirect@gmail.com
Joseph J. Walsh, Sr.

Via U.S. Mail and Email
Joseph J. Walsh, Sr., *Pro se*
c/o Henry Bennett Handler, Esq.
Weiss, Handler & Cornwell, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431-7391
hbh@whcfla.com