UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-cv-81038-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PALM HOUSE HOTEL, LLLP, et al.,

    Defendants and Relief Defendants.
_____/

## ORDER CLOSING CASE

Because Final Judgment or Final Default Judgment has been entered against all Defendants, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**. The Court reserves jurisdiction to enforce the terms of those judgments and to resolve Plaintiff's anticipated motion seeking disgorgement, prejudgment interest, and the imposition of a civil penalty.

**SIGNED** in Chambers in West Palm Beach, Florida, this 19 day of December, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE