UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: Case No. 9:18-cv-81038-DMM

SECURITIES AND EXCHANGE COMMISSION,

        **Plaintiff,**

v.

PALM HOUSE HOTEL, LLLP, *et al.*,

        **Defendants and Relief Defendants.**
_____/

## JUDGMENT AS TO DEFENDANT JOSEPH J. WALSH, SR. SETTING DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTIES

THIS CAUSE comes before the Court the Order Granting Plaintiff's Motion for Monetary Relief. Consistent with that Order, judgment is entered against Walsh as follows:

### DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTIES

**IT IS FURTHER ORDERED AND ADJUDGED** that Walsh is liable for disgorgement of $8,078,000.00, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,844,186.00, for a total of $9,922,186.00. Walsh is also liable for civil penalties in the amount of $8,078,000.00. Walsh shall satisfy these obligations by paying $18,000,186.00 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Walsh may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Walsh may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Joseph J. Walsh, Sr. as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Walsh shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Walsh relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Walsh.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 30 days following entry of this Final Judgment. Walsh shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. Amounts collected shall be applied first to disgorgement, then prejudgment interest until the disgorgement and prejudgment interest amount in this Final Judgment is fully satisfied and thereafter then applied to civil penalties; only then shall any amount be applied to post judgment interest. The Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the Court.

The Commission may propose a plan to distribute the Fund subject to the Court's approval. Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund

will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

### RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**SIGNED** in Chambers in West Palm Beach, Florida, this _11_ day of March, 2020.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record;
Joseph J. Walsh, Sr.
9250 Belvedere Road
Suite 101
Royal Palm Beach, FL 33411
PRO SE;
Palm House Hotel, LLLP
9250 Belvedere Road
Suite 101
Royal Palm Beach, FL 33411
PRO SE;
South Atlantic Regional Center, LLC
9250 Belvedere Road
Suite 101
Royal Palm Beach, FL 33411
PRO SE;
United States Regional Economic Development Authority LLC
9250 Belvedere Road
Suite 101
Royal Palm Beach, FL 33411
PRO SE